168 A.3d 1176

BARBARA R. NOECKER, PLAINTIFF, v. DAVID
CHILKOTOWSKY, DEFENDANT-MOVANT.

May 19, 2017

## ORDER

It is ORDERED that the motion for leave to file an answering brief as within time is granted.

168 A.3d 1176

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. J.M., DEFENDANT–PETITIONER.

May 19, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005559–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.